IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-01596-RBJ-CBS

TAMRA SWANSON,

    Plaintiffs,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 24) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 20th day of November, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge